1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 PEOPLE OF THE STATE OF             No. CIV S-06-2009-LKK-CMK
CALIFORNIA,

12
                    Plaintiff,

13
            vs.                            ORDER

14
ROBERT LIDSAY CHENEY, JR.,

15
                    Defendant.

16
_____/

17

18          Defendant, who is proceeding pro se, has filed a "Notice of Removal" in this

19 court.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District

20 of California local rules.

21          On September 27, 2006, the magistrate judge filed findings and recommendations

22 herein which were served on plaintiff and which contained notice to plaintiff that any objections

23 to the findings and recommendations were to be filed within ten days.  Plaintiff has filed

24 objections to the findings and recommendations.

25 / / /

26 / / /

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed September 27, 2006, are adopted in full;

2.      This action is summarily remanded back to state court; and

3.      All pending motions are denied as moot.

DATED: November 20, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT